| | |
|---|---|
| 1 | DAVID A. TORRES AND ASSOCIATES |
| 2 | David A. Torres, SBN135059 |
| | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
| | Tel: (661)326-0857 |
| 4 | Fax: (661)326-0936 |
| 5 | Email: dtorres@lawtorres.com |
| 6 | Attorney for: |
| | NEFTALI OMAR RIVAS-MENJIVAR |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00256 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING |
| NEFTALI OMAR RIVAS-MENJIVAR, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NEFTALI OMAR MENJIVAR-RIVAS, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the change of plea hearing currently set for Monday, June 3, 2019, to be continued to Monday, June 10, 2019 at 10:00 a.m.

On Friday, May 24th, I received an email informing me of my acceptance to attend the National Forensic College at Cardozo School of Law in New York City. The classes begin on Sunday, June 2, 2019 and end on Friday, June 7, 2019 and will be unavailable for the change of plea hearing. I have spoken to AUSA ANGELA SCOTT, and she has no objection to continuing the change of plea hearing

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

DATED: May 30, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Neftali Omar Rivas-Menjivar

DATED: May 30, 2019

*/s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

# **ORDER**

The change of plea hearing currently set for June 3, 2019 be continued to June 10, 2019 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) through June 10, 2019.

IT IS SO ORDERED.

Dated: **May 30, 2019**

_____
UNITED STATES DISTRICT JUDGE