| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00256-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| NEFTALI OMAR RIVAS MENJIVAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant NEFTALI OMAR RIVAS MENJIVAR ("defendant"), by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. On June 10, 2019, defendant pleaded guilty to Count One of the indictment in the above-referenced case. At that hearing, defendant's sentencing hearing was scheduled for August 28, 2019, at 10:00 a.m.

2. The parties have been engaged in trials and other matters since defendant's change-of-plea hearing and are requesting additional time to prepare for defendant's sentencing hearing, including the drafting of sentencing briefs.

//

3. The parties therefore respectfully request that the sentencing hearing for defendant be continued from Wednesday, August 28, 2019, to Monday, September 16, 2019.

IT IS SO STIPULATED.

Dated: August 22, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: August 22, 2019

/s/ per email authorization

DAVID TORRES
Counsel for Defendant
NEFTALI OMAR RIVAS MENJIVAR

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that defendant NEFTALI OMAR RIVAS MENJIVAR's sentencing hearing, currently set for August 28, 2019, is hereby vacated and continued to September 16, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 23, 2019**

UNITED STATES DISTRICT JUDGE